**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josue ROMERO, | No. CIV 04-1489-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| SAND LIVESTOCK SYSTEMS, et al., | |
| Defendants. | |

The parties have filed a Stipulation to Dismiss with Prejudice Defendant Sand Livestock Systems, Inc. (Doc. No. 82) Good cause appearing,

**IT IS ORDERED** that Defendant Sand Livestock Systems, Inc. only is hereby **DISMISSED WITH PREJUDICE** as a defendant in this matter, each party to bear its own costs and attorneys' fees in this matter.

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge