**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josue Romero, | ) No. CIV 04-1489-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Fernando Ruiz, Inc., et al., | ) |
| Defendants. | ) |

Pending before the Court is the parties' Stipulation for Brief Extension of Deadlines. [Doc. No. 84]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Brief Extension of Deadlines [Doc. No. 84] is **GRANTED**.  The dispositive motion deadline shall be extended through **January 19, 2007**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference currently scheduled for January 10, 2007, is **VACATED**.  Because the parties anticipate filing dispositive motions in this matter, the Court will reschedule the Final Pretrial Conference at a later date.

DATED this 16th day of November, 2006.

Stephen M. McNamee
United States District Judge