**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Josue Romero, | ) | No. CIV 04-1489-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Henke Machine, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Defendant Ruiz's Motion for Summary Judgment. [Doc. No. 91] Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time to Respond to Defendant Ruiz's Motion for Summary Judgment [Doc. No. 91] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendant Ruiz's Motion for Summary Judgment by **April 13, 2007**. If counsel for Plaintiff's medical condition renders him unable to comply with this deadline, then he must request another extension in writing by **April 6, 2007**.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge