**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josue Romero, | No. CIV 04-1489-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Henke Machine, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Defendant Ruiz's Motion for Summary Judgment. [Doc. No. 93] Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time to Respond to Defendant Ruiz's Motion for Summary Judgment [Doc. No. 93] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendant Ruiz's Motion for Summary Judgment by **May 18, 2007**. If counsel for Plaintiff's medical condition renders him unable to comply with this deadline, then he must request another extension in writing by **May 11, 2007**.

DATED this 9th day of April, 2007.

Stephen M. McNamee
United States District Judge