1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Josue ROMERO, | ) | No. CIV 04-1489-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| SAND LIVESTOCK SYSTEMS, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is a Stipulation for Extension of Time to Respond to Defendant Ruiz' Motion for Summary Judgment. (Doc. No. 95)

Unfortunately, counsel for Plaintiff Josue Romero suffered an injury that has necessitated continuing the deadline for Plaintiff to respond to Defendant Ruiz's Motion for Summary Judgment. By stipulation, the parties now seek an open deadline for Plaintiff's response to accommodate counsel for Plaintiff's recovery process. While the Court understands counsels' efforts to cooperate, the Court does not grant open extensions. Because counsel are cooperating in this matter, another avenue can be taken.

Therefore,

**IT IS ORDERED** that the Stipulation for Extension of Time to Respond to Defendant Ruiz' Motion for Summary Judgment (Doc. No. 95) is **DENIED**.

//

**IT IS FURTHER ORDERED DENYING** Defendant's Motion for Summary Judgment (Doc. No. 87) **WITHOUT PREJUDICE**. Defendant may re-submit the Motion for

1 Summary Judgment at such time as Defendants and/or Plaintiff are prepared to go forward
2 in this matter.
3    DATED this 14th day of May, 2007.

Stephen M. McNamee
United States District Judge