**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josue Romero, | No. CV-04-1489-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Fernando Ruiz, Inc., | |
| Defendant. | |

Pursuant to Joint Motion of the parties (Doc. #98) and good cause appearing therefor,

**IT IS HEREBY ORDERED** vacating the November 8, 2007, Final Pretrial Conference.

**IT IS FURTHER ORDERED** that Defendant shall re-file its Motion for Summary Judgment on or before **November 5, 2007**.

DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge